# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARTWRIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES GOMEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:96-CV-05896-AWI-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO WAIVE FILING FEE<br><br>(DOC. 177) |

　　　Plaintiff Henry Cartwright ("Plaintiff") is a California state prisoner, proceeding pro se and in forma pauperis in this civil rights action. This action was closed on September 17, 2002. Pending before the Court is Plaintiff's motion for the Court to waive payment of the filing fee, filed October 21, 2011. Doc. 177. Plaintiff argues that because he was paroled previously, the filing fees for his previous civil actions should be waived because they were attached to Plaintiff's previous prison numbers.

　　　Plaintiff's motion is without merit. Pursuant to the Prison Litigation Reform Act, Plaintiff is required to pay the filing fee in full for civil actions brought as a prisoner. *See* 28 U.S.C. §§ 1915(a)(2), (b)(2). Plaintiff's new prison number does not change this requirement. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed October 21, 2011, is DENIED.

　　　IT IS SO ORDERED.

　　Dated:　**October 31, 2011**　　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1